UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUY VAN TRAN,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CASE NO. C18-0323-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion for an extension of time to file a response (Dkt. No. 6). Finding good cause, the Court GRANTS the motion. The Government shall respond to Petitioner's section 2255 petition no later than May 7, 2018.

DATED this 2nd day of April 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0323-JCC
PAGE - 1